U.S. Department of Justice
Washington, D.C.
07/14/2014/kl

Criminal Docket

_____McALLEN_____ Division

CR. No. **M-14-1041**

**CRIMINAL INFORMATION**    Filed:  July 18, 2014    Judge:  **MICAELA ALVAREZ**

County:  Hidalgo
Lions #:

UNITED STATES OF AMERICA

Attorneys:

JAIKUMAR RAMASWAMY, Chief Asset Forfeiture &
 Money Laundering Section, Criminal Division, U.S. DOJ

v.

KEITH LIDDLE, Trial Attorney          (202) 353-7481

D TRONICS, LTD. --SUMMONS--

Ct. 1                    David Wolfe, Ret'd, (404) 352-5000

Charge(s):    Ct. 1:  Willfully failing to file a report (FinCEN Form 8300) of cash payments over $10,000
                received in a trade or business
                Title 31, United States Code, Sections 5331 and 5322

Total
Counts
**(1)**

Penalty:    Ct. 1:  Probation for not more than 5 years and/or a fine of $500,000.00

Agency:    INTERNAL REVENUE SERVICE - Sonia Bellah, CI Special Agent

Proceedings

Date